No. 90–1840. KNIGHT *v.* BELL. C. A. 9th Cir. Certiorari denied.

No. 90–1841. WANAT *v.* OSSEN. Sup. Ct. Conn. Certiorari denied.

No. 90–1842. PENNSYLVANIA *v.* PENN. Super. Ct. Pa. Certiorari denied.

No. 90–1843. BLUE CROSS & BLUE SHIELD OF MARYLAND *v.* WEINER ET AL. C. A. 4th Cir. Certiorari denied.

No. 90–1845. FELKER *v.* HOULOOSE, CHIEF PROBATION OFFICER, PROBATION AND PAROLE DEPARTMENTS, 43RD JUDICIAL DISTRICT OF PENNSYLVANIA. C. A. 3d Cir. Certiorari denied.

No. 90–1848. KALE *v.* COMBINED INSURANCE COMPANY OF AMERICA. C. A. 1st Cir. Certiorari denied.

No. 90–1849. MCMACKIN, WARDEN *v.* HART. C. A. 6th Cir. Certiorari denied.

No. 90–1850. PERALES *v.* MABSTOA ET AL. C. A. 2d Cir. Certiorari denied.

No. 90–1854. CRUMLING *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 90–1856. JUDICIAL RETIREMENT AND REMOVAL COMMISSION OF KENTUCKY *v.* COMBS, JUSTICE OF THE SUPREME COURT OF KENTUCKY. Sup. Ct. Ky. Certiorari denied.

No. 90–1857. CITY OF YONKERS, NEW YORK *v.* UNITED STATES ET AL. (two cases). C. A. 2d Cir. Certiorari denied.

No. 90–1858. BAYLOR *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 90–1863. CHANDLER ET AL. *v.* GEORGIA PUBLIC TELECOMMUNICATIONS COMMISSION ET AL. C. A. 11th Cir. Certiorari denied.